| | |
|---|---|
| 1 | BUCHALTER |
| 2 | A Professional Corporation<br>MATTHEW L. SEROR (SBN: 235043) |
| 3 | AARON M. LEVINE (SBN: 299260)<br>18400 Von Karman Avenue, Suite 800 |
| 4 | Irvine, CA 92612-0514<br>Telephone: 949.760.1121 |
| 5 | Fax: 949.720.0182<br>Email: mseror@buchalter.com |
| 6 | Attorneys for Defendant |
| 7 | MELT COSMETICS |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| AUGUST IMAGE, LLC, | Civil Action No. 2:24-cv-2086 |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| MELT COSMETICS, | Current Due Date: 4/11/2024 |
| Defendant. | New Due Date: 5/10/2024 |

Plaintiff August Image, LLC ("Plaintiff") and Defendant Melt Cosmetics ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff served Defendant with the complaint filed in this action on March 21, 2024, resulting in a responsive pleading due date of April 11, 2024;

2. Defendant has requested, and Plaintiff has granted, an extension of time to May 10, 2024 for Defendant to respond to the Complaint.

3. This is the first extension requested or granted in this action by Defendant and does not extend the due date past 30 days of the original responsive pleading due date.

4. As a result, Defendant's deadline to file a response to the Complaint is extended to May 10, 2024.

| | | |
|---|---|---|
| 1 | DATED: April 11, 2024 | COPYCAT LEGAL PLLC |
| 2 | | |
| 3 | | By:     /s/ Lauren H. Hausman |
| 4 | | Lauren M. Hausman<br>Attorneys for Plaintiff |
| 5 | | AUGUST IMAGE, LLC |
| 6 | DATED: April 11, 2024 | BUCHALTER<br>A Professional Corporation |

```
1    DATED:  April 11, 2024              COPYCAT LEGAL PLLC
2
3                                        By:      /s/ Lauren H. Hausman
4                                            Lauren M. Hausman
                                             Attorneys for Plaintiff
5                                            AUGUST IMAGE, LLC

6    DATED:  April 11, 2024              BUCHALTER
                                         A Professional Corporation
7

8                                        By:      /s/  Matthew L. Seror
9                                            MATTHEW L. SEROR
                                             AARON M. LEVINE
10                                           Attorneys for Defendant
                                             MELT COSMETICS
11

12      Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other
13   signatories listed, and on whose behalf this filing is submitted, concur in the filing's
     content and have authorized the filing.
14

15                                       By:      /s/  Matthew L. Seror
16                                           Matthew L. Seror
```

2