1  Lauren M. Hausman, (CA Bar No. 349514)
   COPYCAT LEGAL PLLC
2  113 N San Vicente Blvd
   Suite 232
3  Beverly Hills, CA 90211
   T: (877) 437-6228
4  E: lauren@copycatlegal.com

5  Attorney for Plaintiff
   AUGUST IMAGE, LLC
6

7

8

9           IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MELT COSMETICS,<br><br>      Defendant. | Civil Action No. 2:24-cv-02086-HDV-DFM<br><br>Hon. Hernán D. Vera<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION TO APPEAR TELEPHONICALLY OR VIA ZOOM AND TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>DATE: Thursday, August 1, 2024<br>TIME: 10:00 a.m.<br>JUDGE: Hernán D. Vera<br>CTRM: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, California 90012 |

      PLEASE TAKE NOTICE that, Plaintiff August Image, LLC ("Plaintiff")

1

hereby moves this Court for permission to appear telephonically or via zoom at the Hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion Hearing"). Furthermore, Plaintiff files this Unopposed Motion to Reschedule the Motion Hearing currently scheduled for July 25, 2024, at 10:00 a.m., to August 1, 2024, at 10:00 a.m. and, in support thereof, states as follows:

1. On May 17, 2024, Plaintiff filed its First Amended Complaint. See D.E. 17.

2. On May 31, 2024, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint, setting a motion hearing for July 25, 2024. See D.E. 18.

3. On June 14, 2024, Plaintiff's filed its Memorandum in Opposition to Defendant's Notice of Motion and Motion to Dismiss First Amended Complaint. See D.E. 19.

4. Unfortunately, Plaintiff's counsel is unavailable on July 25, 2024, due to being out of the country for a prior engagement that was scheduled before the Motion Hearing was calendared.

5. Additionally, because undersigned counsel will be in Florida at the time of the hearing, request is hereby respectfully made that Plaintiff's counsel be permitted to appear at the hearing on Defendant's motion telephonically or via Zoom to accommodate undersigned counsel's current calendar and preexisting

professional obligations/hearings.

6.     Defendant's counsel indicated that he did oppose the relief requested herein, both to reschedule the Motion Hearing, as well as to permit Plaintiff's counsel to appear telephonically or via zoom.

7.     Rescheduling the Motion Hearing will not prejudice Defendant, in that the instant request is being made in advance and Plaintiff is not seeking any further time with respect to any of the Court's other orders.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order: (a) rescheduling the Motion Hearing to August 1, 2024, at 10:00 a.m., (b) allowing counsel for the Plaintiff to appear remotely and (c) for such further relief as the Court deems proper.

## **LOCAL RULE 7-3 CERTIFICATION**

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 18, 2024. On June 18, 2024, Matthew Seror, Esq. (counsel for Defendant) indicated that he did oppose the relief requested, which included rescheduling the Motion Hearing and permitted Plaintiff's counsel to appear remotely.

Dated: June 28, 2024.                          **COPYCAT LEGAL PLLC**

                                                                By: /s/ Lauren M. Hausman
                                                                       Lauren M. Hausman
                                                                       Attorney for Plaintiff
                                                                       August Image, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.