1  Lauren M. Hausman (CA Bar No. 349514)
   **COPYCAT LEGAL PLLC**
2  113 N San Vicente Blvd
   Suite 232
3  Beverly Hills, CA 90211                          link 22
   T: (877) 437-6228
4  E: lauren@copycatlegal.com

5  Attorney for Plaintiff
   AUGUST IMAGE, LLC
6

7

8

9                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  AUGUST IMAGE, LLC,                     Civil Action No. 2:24-cv-02086-HDV-
                                           DFM
12          Plaintiff,

13  V.                                     **[PROPOSED] ORDER ON
                                           PLAINTIFF'S UNOPPOSED
14  MELT COSMETICS,                        MOTION TO APPEAR
                                           TELEPHONICALLY OR
15          Defendant.                     VIA ZOOM AND TO
                                           RESCHEDULE HEARING ON
16                                         DEFENDANT'S MOTION TO
                                           DISMISS**
17

18

19

20

21          THIS CAUSE is before the Court upon plaintiff August Image, LLC's

22  Unopposed Motion to Appear Telephonically or via Zoom and to Reschedule the

23  hearing on Defendant's Motion to Dismiss [D.E. 18].  Having considered the

24  Motion and the record in this matter, it is ORDERED AND ADJUDGED as

---

**DENIED**
BY ORDER OF

Hernán D. Vera
United States District Judge

On: _____7/1/24_____

---

1

follows:

    1.      The Motion is GRANTED. The Hearing on Defendant's Motion to Dismiss will be held on August 1, 2024, at 10:00 a.m.

    2.      Additionally, Plaintiff's counsel is permitted to appear at the Motion to Dismiss hearing on August 1, 2024, at 10:00 a.m. via Zoom, telephonically, or some other remote means.

DONE AND ORDERED in Chambers in Los Angeles, California this __ day of _____, 2024.

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE