# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>MELT COSMETICS<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–02086–HDV–DFM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/9/2024

Document No.:   24

Title of Document:   MOTION for Reconsideration

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  July 10, 2024        By:   /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS