1  Lauren M. Hausman, Esq. (CA Bar No. 349514)
   COPYCAT LEGAL PLLC
2  113 N San Vicente Blvd
   Suite 232
3  Beverly Hills, CA 90211
   T: (877) 437-6228
4  E: lauren@copycatlegal.com

5  Attorney for Plaintiff
   AUGUST IMAGE, LLC

**NOTE CHANGES MADE BY THE COURT.**

link 24

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AUGUST IMAGE, LLC, | Civil Action No. 2:24-cv-02086-HDV-DFM |
|---|---|
| Plaintiff, | |
| v. | Hon. Hernán D. Vera |
| MELT COSMETICS, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION** ; ORDER |
| Defendant. | DATE: Thursday, August 1, 2024<br>TIME: 10:00 a.m.<br>JUDGE: Hernán D. Vera<br>CTRM: First Street Courthouse, 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, California 90012 |

PLEASE TAKE NOTICE that, Plaintiff August Image, LLC ("Plaintiff") hereby moves this Court for reconsideration on the Court's Order on Plaintiff's unopposed motion to reschedule the Hearing on Defendant's Motion to Dismiss

1

Plaintiff's First Amended Complaint (the "Motion Hearing"), as well as to have the Motion Hearing proceed telephonically or via zoom.

  1. On May 17, 2024, Plaintiff filed its First Amended Complaint. See D.E. 17.

  2. On May 31, 2024, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss"), setting a motion hearing for July 25, 2024. See D.E. 18.

  3. On June 14, 2024, Plaintiff filed its Memorandum in Opposition to Defendant's Notice of Motion and Motion to Dismiss First Amended Complaint. See D.E. 19.

  4. On June 28, 2024, Plaintiff filed its Notice of Motion and Unopposed Motion to Appear Telephonically or Via Zoom and to Reschedule Hearing on Defendant's Motion to Dismiss ("Motion to Reschedule and Appear Remotely"). See D.E. 22.

  5. On July 1, 2024, an Order Denying Plaintiff's Unopposed Motion was issued. See D.E. 23.

  6. Counsel for both Plaintiff and Defendant met and conferred on May 1, 2024 and May 24, 2024 to discuss Defendant's intent to file its Motion to Dismiss.

  7. On May 31, 2024, when Defendant ultimately filed its Motion to Dismiss, Defendant unilaterally (without consulting with undersigned counsel) set

the hearing for July 25, 2024, which the Court accepted.

8. Plaintiff's Motion to Reschedule and Appear Remotely was filed because undersigned will not be in the country from July 21, 2024 through July 28, 2024. Undersigned counsel will be on a vacation that was scheduled and paid for on March 24, 2024, which pre-dates not only the First Amended Complaint being filed, but also Defendant's Motion to Dismiss being filed.

9. While Plaintiff would request that the Court reconsider its Order on Motion to Reschedule and Appear Remotely,[1] Plaintiff would, at a minimum, ask that the Court reschedule the Motion Hearing.

10. Undersigned counsel is the only attorney in her office permitted to appear before the United States District Court for the Central District of California. As such, there is no alternative for her attendance, whether in person or remote, at the hearing.

11. Rescheduling the Motion Hearing will not prejudice Defendant, in that the instant request is being made in advance and Plaintiff is not seeking any further time with respect to any of the Court's other orders.

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order: (a) rescheduling the Motion Hearing to August 1,

---

[1] Although on vacation out of the country, undersigned counsel could make herself available for a hearing on the Motion to Dismiss if done via Zoom/other remote means.

2024, at 10:00 a.m., (b) allowing parties to appear remotely and (c) for such further relief as the Court deems proper.

## LOCAL RULE 7-3 CERTIFICATION

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 8, 2024. On July 8, 2024, Matthew Seror, Esq. (counsel for Defendant) indicated that he did oppose the relief requested, which included rescheduling the Motion Hearing, as well as remote attendance.

COPYCAT LEGAL PLLC

Dated: July 9, 2024.

By: /s/ Lauren M. Hausman

Lauren M. Hausman
Attorney for Plaintiff
August Image, LLC

IT IS SO ORDERED.

DATED: 7/11/24

_____
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.