UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | **2:24-cv-02086-HDV(DFMx)** | Date | August 1, 2024 |
|---|---|---|---|

| Title | **August Image, LLC v. Melt Cosmetics** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   **HERNÁN D. VERA, UNITED STATES DISTRICT JUDGE**

| Derek Davis | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Lauren Hausman | Matthew Seror |

**Proceedings:  ZOOM - DEFENDANT MELT COSMETICS MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT [18]**

The case is called and counsel state their appearances. Having heard oral argument on the motion, the Court takes the motion **UNDER SUBMISSION**.


        **IT IS SO ORDERED**.