BUCHALTER
A Professional Corporation
MATTHEW L. SEROR (SBN: 235043)
MANISHA MALHOTRA (SBN: 351309)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: mseror@buchalter.com

Attorneys for Defendant
MELT COSMETICS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MELT COSMETICS,<br><br>    Defendant. | Case No. 2:24-cv-2086 HDV-DFM<br><br>**DEFENDANT MELT COSMETICS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

## ANSWER TO COMPLAINT

Defendant Melt Cosmetics ("Defendant") by and through its undersigned counsel, hereby submits its Answer to Plaintiff August Image, LLC's ("Plaintiff") First Amended Complaint ("FAC").

## THE PARTIES

1. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 1 of the FAC and, on that basis, denies each and every allegation contained therein.

2. Defendant admits the allegations contained in Paragraph 2 of the FAC.

## JURISDICTION AND VENUE

3. Defendant admits the allegations contained in Paragraph 3 of the FAC.

4. Defendant admits that it is subject to personal jurisdiction in California.

5. Defendant admits that venue is proper in this district.

## FACTS

6. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 6 of the FAC and, on that basis, denies each and every allegation contained therein.

7. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 7 of the FAC and, on that basis, denies each and every allegation contained therein.

8. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 8 of the FAC and, on that basis, denies each and every allegation contained therein.

9. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 9 of the FAC and, on that basis, denies each and every allegation contained therein.

10. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 10 of the FAC and, on that basis, denies each and every allegation contained therein.

11. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 11 of the FAC and, on that basis, denies each and every allegation contained therein.

12. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 12 of the FAC and, on that basis, denies each and every allegation contained therein.

13. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 13 of the FAC and, on that basis, denies each and every allegation contained therein.

14. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 14 of the FAC and, on that basis, denies each and every allegation contained therein.

15. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 15 of the FAC and, on that basis, denies each and every allegation contained therein.

16. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 16 of the FAC and, on that basis, denies each and every allegation contained therein.

17. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 17 of the FAC and, on that basis, denies each and every allegation contained therein.

18. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 18 of the FAC and, on that basis, denies each and every allegation contained therein.

19. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 19 of the FAC and, on that basis, denies each and every allegation contained therein.

20. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 20 of the FAC and, on that basis, denies each and every allegation contained therein.

21. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 21 of the FAC and, on that basis, denies each and every allegation contained therein.

22. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 22 of the FAC and, on that basis, denies each and every allegation contained therein.

23. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 23 of the FAC and, on that basis, denies each and every allegation contained therein.

24. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 24 of the FAC and, on that basis, denies each and every allegation contained therein.

25. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 25 of the FAC and, on that basis, denies each and every allegation contained therein.

26. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 26 of the FAC and, on that basis, denies each and every allegation contained therein.

27. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 27 of the FAC and, on that basis, denies each and every allegation contained therein.

28. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 28 of the FAC and, on that basis, denies each and every allegation contained therein.

29. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 29 of the FAC and, on that basis, denies each and every allegation contained therein.

30. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 30 of the FAC and, on that basis, denies each and every allegation contained therein.

31. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 31 of the FAC and, on that basis, denies each and every allegation contained therein.

32. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 32 of the FAC and, on that basis, denies each and every allegation contained therein.

33. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 33 of the FAC and, on that basis, denies each and every allegation contained therein.

34. Defendant admits that it is a cosmetics brand. Defendant denies the remaining allegations contained in Paragraph 34 of the FAC.

35. Defendant admits that it advertises and markets its business through various channels at various points in time. Defendant denies the remaining allegations contained in Paragraph 35 of the FAC.

36. Defendant denies the allegations contained in Paragraph 36 of the FAC.

37. Defendant denies the allegations contained in Paragraph 37 of the FAC.

38. Defendant denies the allegations contained in Paragraph 38 of the FAC.

39. Defendant denies the allegations contained in Paragraph 39 of the FAC.

40. Defendant denies the allegations contained in Paragraph 40 of the FAC.

41. Defendant denies the allegations contained in Paragraph 41 of the FAC.

42. Defendant denies the allegations contained in Paragraph 42 of the FAC.

43. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 43 of the FAC and, on that basis, denies each and every allegation contained therein.

44. Defendant denies the allegations contained in Paragraph 44 of the FAC.

45. Defendant denies the allegations contained in Paragraph 45 of the FAC.

46. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 46 of the FAC and, on that basis, denies

each and every allegation contained therein. Defendant denies that it has infringed any of the works identified in the FAC.

47. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 47 of the FAC and, on that basis, denies each and every allegation contained therein.

## COUNT I – COPYRIGHT INFRINGEMENT

48. In response to Paragraph 48 of the FAC, Defendant incorporates its responses to Paragraphs 1-47 as set forth in full herein.

49. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 49 of the FAC and, on that basis, denies each and every allegation contained therein

50. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 50 of the FAC and, on that basis, denies each and every allegation contained therein.

51. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 51 of the FAC and, on that basis, denies each and every allegation contained therein.

52. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 52 of the FAC and, on that basis, denies each and every allegation contained therein.

53. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 53 of the FAC and, on that basis, denies each and every allegation contained therein.

54. Defendant lacks sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 54 of the FAC and, on that basis, denies each and every allegation contained therein.

55. Defendant denies the allegations contained in Paragraph 55 of the FAC.

56. Defendant denies the allegations contained in Paragraph 56 of the FAC.

57. Defendant denies the allegations contained in Paragraph 57 of the FAC.

58. Defendant denies the allegations contained in Paragraph 58 of the FAC.

59. Defendant denies the allegations contained in Paragraph 59 of the FAC.

60. Defendant denies the allegations contained in Paragraph 60 of the FAC.

61. Defendant denies the allegations contained in Paragraph 61 of the FAC.

62. Defendant denies that Plaintiff is entitled to any of the relief requested in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to Plaintiff's First Amended Complaint and the causes of action alleged therein, and to each of them, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Apportionment)

As its First and Separate Affirmative Defense, Defendant will seek to reduce any profits that Plaintiff attempts to recover on the grounds that the profits (if any) are not attributable to the alleged infringement.

## SECOND AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

As its Second and Separate Affirmative Defense, Defendant alleges that Plaintiff has failed to mitigate the damages, if any, that Plaintiff has allegedly suffered.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver)

As its Third and Separate Affirmative Defense, Defendant alleges that, as a result of Plaintiff's own conduct, Plaintiff has waived any claim for relief in conjunction therewith, and, thus, is barred or precluded from maintaining such action or obtaining any judgment or relief whatsoever against Defendant.

## FOURTH AFFIRMATIVE DEFENSE

### (Wrongful Acts of Third Parties)

As its Fourth and Separate Affirmative Defense, Defendant alleges that individuals other than Defendant were careless and negligent in and about the matters alleged and that said carelessness and negligence on the part of those individuals proximately contributed to and/or caused Plaintiff's damages, if any, and that, should Plaintiff recover any damages, Defendant is entitled to have such damages reduced or eliminated to the extent that third parties caused or contributed to such damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

As its Fifth Affirmative Defense, Defendant alleges that Plaintiff, as a result of its own conduct, is estopped from prevailing on its claims.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Add Indispensable Party)

As its Sixth and Separate Affirmative Defense, Defendant alleges that Plaintiff is barred from recovering on the claims alleged due to its failure to add indispensable parties, more specifically, the photographers identified in the FAC.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

As its Seventh and Separate Affirmative Defense, Defendant alleges that Plaintiff lacks standing to assert the claims alleged in the FAC.

## EIGHTH AFFIRMATIVE DEFENSE

### (Misuse of Copyright)

As its Eighth and Separate Affirmative Defense, Defendant is informed and believe that Plaintiff has misused its copyright, if any, to secure an exclusive right or monopoly not granted by the Copyright Office; and, further, that Plaintiff's claim of copyright infringement is barred, in whole or in part, by fraud or deception in the copyright registration process, or by misuse of registered copyrights.

## NINTH AFFIRMATIVE DEFENSE

### (Innocent Infringement and Good Faith)

As its Ninth and Separate Affirmative Defense, Defendant alleges that, to the extent Plaintiff's work was infringed, Defendant acted in good faith, innocent of any knowledge or intent to infringe Plaintiff's rights. If such good faith and lack of intent does not, as a matter of law, preclude a finding of liability, any general or statutory damages awarded should be correspondingly reduced.

## TENTH AFFIRMATIVE DEFENSE

### (Invalidity)

As its Tenth and Separate Affirmative Defense, Defendant alleges that the Copyright Registration alleged in the Complaint is invalid.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

As its Eleventh and Separate Affirmative Defense, Defendant alleges that Plaintiff's copyright infringement claim is barred by the equitable doctrine of unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

As its Twelfth and Separate Affirmative Defense, Defendant alleges that Plaintiff's claims are barred by the applicable statute of limitations.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Defenses)

Defendant reserves the right to assert such additional defenses in the event that further discovery, investigation or analysis indicate they are proper.

DATED: September 11, 2024

BUCHALTER
A Professional Corporation

By: ___*/s/ Matthew Seror*___
MATTHEW L. SEROR
MANISHA MALHOTRA
Attorneys for Defendant
MELT COSMETICS

## DEMAND FOR TRIAL BY JURY

Defendant hereby demands a trial by jury on all issues in Plaintiff's FAC that are triable by jury.

DATED: September 11, 2024

BUCHALTER
A Professional Corporation

By: */s/ Matthew Seror*
MATTHEW L. SEROR
MANISHA MALHOTRA
Attorneys for Defendant
MELT COSMETICS